Form 27 - GENERAL PURPOSE
**BALESTRIERE, PLLC**
**ATTN:**
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY

------------------------------------------------------------

NICHOLAS SATCHELL                               plaintiff

     - against -

THE CITY OF YONKERS, ETANO                      defendant

------------------------------------------------------------

Index No. **07 CV 9513**

Date Filed ............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**JEFFREY CAMPOLO**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **29th day of October, 2007**    at **09:52 AM.**,    at
    **OFFICE OF CORP, COUNCIL 40 SOUTH BROADWAY**
    **ROOM 300, YONKERS, NY 10701**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **THE CITY OF YONKERS**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **DALE SERPA, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**        COLOR: **WHITE**        HAIR: **BLONDE**
    APP. AGE: **55**        APP. HT: **5:7**        APP. WT: **120**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
1st  day of  November, 2007n

SAMSON NEWMAN
Notary Public, State of New York
  No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JEFFREY CAMPOLO
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BPLLC88486

```
Form 27 - GENERAL PURPOSE
         BALESTRIERE, PLLC
         ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
```
-----------------------------------------------------------

NICHOLAS SATCHELL                        plaintiff         Index No. 07 CV 9513

       - against -                                            Date Filed  ............

THE CITY OF YONKERS, ETANO               defendant         Office No.

                                                                           Court Date:   /   /

-----------------------------------------------------------

    STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

**JEFFREY CAMPOLO**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **29th  day of October, 2007**      at  **09:52 AM.**,                   at
    **OFFICE OF CORP,COUNCIL 40 SOUTH BROADWAY**
    **ROOM 300, YONKERS, NY 10701**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **THE CITY OF YONKERS**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **DALE SERPA, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**       COLOR: **WHITE**         HAIR: **BLONDE**
    APP. AGE: **55**      APP. HT: **5:7**         APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
1st  day of  November, 2007n


SAMSON NEWMAN                          JEFFREY CAMPOLO
Notary Public, State of New York       AETNA CENTRAL JUDICIAL SERVICES
   No.01NE-4783767                     225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY           NEW YORK, NY, 10007
Commission Expires 11/03/2009          Reference No: 3BPLLC88486

**JUDGE BUCHWALD**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

Nicholas Satchell

V.

The City of Yonkers and P.O. John Doe, Shielf No. 526, individually and in his official capa

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 9513**

TO: (Name and address of Defendant)

City of Yonkers
Office of Corporation Council
40 South Broadway, Room 300
New York, NY 10701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Balestriere
Balestriere PLLC
225 Broadway
Suite 2700
New York, NY 10004

*[Stamp: RECEIVED 2007 OCT 29 AM 9:52 CORPORATION COUNSEL, YONKERS, N.Y.]*

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE    OCT 2 4 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                          *Signature of Server*

                                 _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.