UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NICHOLAS SATCHELL,**<br><br>                    **Plaintiff,**<br><br>   - against -<br><br>**THE CITY OF YONKERS and**<br>**P.O. JOHN DOE, Shield No. 526,**<br>**Individually and in his official capacity,**<br><br>                    **Defendants.** | 07-CIV-9513 (NRB)<br><br>ECF<br><br>NOTICE OF DEPOSITION<br>OF P.O. JOHN DOE,<br>SHIELD NO. 526 |

## NOTICE OF DEPOSITION OF P.O. JOHN DOE

PLEASE TAKE NOTICE, pursuant to the Federal Rules of Civil Procedure, beginning at 9:30 a.m. on March 20, 2008, at the offices of Balestriere PLLC, 225 Broadway, New York, New York 10007, or at such other time that can be agreed by all, counsel for Plaintiffs will take the testimony of P.O. John Doe, Shield No. 526.

The deposition will be taken before an officer authorized to administer oaths and will be taken by stenographic means. The deposition will continue until completed with such adjournments as may be necessary.

Dated:   New York, New York
         January 18, 2008

Respectfully submitted,

By: /s/ Craig Stuart Lanza
Craig Stuart Lanza (CL-2452)
**BALESTRIERE PLLC**
225 Broadway, Suite 2700
New York, NY 10007
Telephone: 212-374-5404
Email: clanza@balestriere.net
*Attorneys for Plaintiff*