PHILIP A. AMICONE
MAYOR

FRANK J. RUBINO
CORPORATION COUNSEL



DEPARTMENT OF LAW
CITY OF YONKERS

CITY HALL
YONKERS, NEW YORK 10701-3883
(914) 377-6240



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/08

February 11, 2008

<u>VIA FAX: (212) 805-7927</u>
Honorable Naomi Reice Buchwald
United States District Judge

Re: <u>Satchell v. City of Yonkers</u>
    07 CV 9513 (NRB)

Dear Judge Buchwald:

I represent the defendant in the referenced matter. Counsel have conferred and agreed upon the following Scheduling Order subject to the Court's approval.

This case is to be tried by a jury. The parties have served interrogatories and first request for production of documents. Depositions are to be completed by April 30, 2008. Any further interrogatories are to be served by May 15, 2008. All discovery is to be complete by May 30, 2008.

Thank you for your time and consideration to the above.

So Ordered
[signature]
2/11/08

Respectfully submitted,

[signature]
Rory McCormick (RM 3994)
Associate Corporation Counsel

cc: **VIA FAX (212) 208-2613**
Balestriere, PLLC
Attorneys for Plaintiff
Attention: William S. Holleman, Esq.