**BALESTRIERE**
PLLC

CRAIG STUART LANZA
225 BROADWAY SUITE 2700
NEW YORK, NY 10007
PHONE:  +1.212.374.5404
CELL:   +1.917.573.4273
FAX:    +1.646.304.1725
CLANZA@BALESTRIERE.NET
WWW.BALESTRIERE.NET



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/08

MEMO ENDORSED

May 30, 2008

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007



    Re: <u>Satchel v. City of Yonkers</u>
       07 CV 9513 (NRB)

Your Honor:

    I am writing to request a two-week extension for the close of the discovery period in the referenced matter. The extension is being requested to allow the Plaintiff to depose the principle officer involved in the incident. Although, the officer was made available to our office yesterday May 29, 2008, due to an unforeseen emergency on the part of Plaintiff's counsel the deposition did not take place. Attorneys for both parties intend to have all depositions completed within the two week time period.

    This request is made with the consent of my adversary, Mr. Rory McCormick. Thank you for your consideration.

*[Handwritten endorsement: So Ordered. Naomi Reice Buchwald, USDJ 6/3/08]*

                                        Respectfully,

                                        Craig Stuart Lanza

cc: Rory McCormick